UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEBORAH GODWIN, ET AL.** | **CIVIL ACTION NO. 14-02749** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **J. FLINT LIDDON and HANK MCWHORTER** | **MAG. JUDGE JAMES D. KIRK** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, no written objections thereto filed with this Court, and, upon finding that the Magistrate Judge's Report and Recommendation on the pending motions is correct,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motions to Dismiss [Doc. Nos. 21 & 24] are GRANTED.

MONROE, LOUISIANA, this 3rd day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE